```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EASTERN REGIONAL MEDICAL           :
CENTER, INC., and CANCER TREATMENT :
CENTERS OF AMERICA PROFESSIONAL    :
CORPORATION OF PENNSYLVANIA, P.C., :    **ORDER ADOPTING REPORT**
                    Plaintiffs,    :    **AND RECOMMENDATION**
v.                                 :
                                   :    13 CV 7594 (VB)
GREGORY BATTEY,                    :
                    Defendant.     :
--------------------------------------------------------------x
```

Briccetti, J.:

      Before the Court is Magistrate Judge Lisa Margaret Smith's Report and Recommendation ("R&R"), dated March 5, 2015 (Doc. #24), recommending that the Court enter judgment in favor of plaintiffs on their breach of contract claim against defendant in the amount of $470,254.02, plus prejudgment and post-judgment interest.

      The Court presumes familiarity with the factual and procedural background of this case. For the following reasons, the Court adopts the R&R as the opinion of the Court.

      A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise objections to the magistrate judge's report and recommendation, but they must be "specific[,] written," and submitted within 14 days after being served with a copy of the recommended disposition. Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1).

      The district court may adopt those portions of a report and recommendation to which no timely objections have been made, provided no clear error is apparent from the face of the

1

record.  Lewis v. Zon, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Neither party objected to Judge Smith's thorough and well-reasoned R&R.

The Court has reviewed the R&R and finds no error, clear or otherwise.

## CONCLUSION

Accordingly, the R&R is adopted in its entirety as the opinion of the Court.

The Clerk is instructed to enter judgment for plaintiffs against defendant Gregory Battey in the amount of $470,254.02, plus prejudgment interest at the rate of 9% per annum from October 28, 2013, until the date of entry of judgment, plus post-judgment interest calculated in accordance with 28 U.S.C. § 1961.

Dated: April 24, 2015
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge